THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL R. DANA, Appellant.

Submitted December 15, 2003; decided December 23, 2003

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of County Court in this criminal action (NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90, 470.60 [3]).

In the Matter of the CITY OF TROY, Respondent, v TOWN OF PITTSTOWN et al., Appellants, and BRITTONKILL CENTRAL SCHOOL DISTRICT et al., Respondents. (And Two Other Related Proceedings.)

Submitted November 24, 2003; decided December 23, 2003

Motion by Coalition of Watershed Towns for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

UTICA MUTUAL INSURANCE COMPANY, Appellant, v GULF INSURANCE COMPANY, Respondent.

Submitted November 17, 2003; decided December 23, 2003

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.